FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 13, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL DOOLEY, an individual,<br><br>     Plaintiff,<br><br>     v.<br><br>CPM DEVELOPMENT CORPORATION, d/b/a CENTRAL PRE MIX CONCRETE CO., a Washington Corporation; OCCUPATIONAL HEALTH SOLUTIONS, INC., a Washington corporation; TREVOR BAKER, an individual; and KATHY LEPIANE, an individual,<br><br>     Defendants. | No. 2:18-CV-00355-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE** |

Before the Court is the parties' Stipulated Motion for Dismissal with Prejudice, ECF No. 57. The motion was heard without oral argument. Plaintiff is represented by Brook L. Cunningham and Ryan Best; Defendants CPM Development Corporation d/b/a Central Pre Mix Concrete Co. and Trevor Baker are represented by Kellie Tabor and Jeremy Wood; Defendants Occupational Health Solutions, Inc. and Kathy Lepiane are represented by William Symmes and Sawyer Margett.

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE ~ 1**

1    The parties stipulate that the above-captioned matter be dismissed with

2 prejudice and with each party bearing their own attorneys' fees and costs.

3    Accordingly, **IT IS ORDERED:**

4    1.  The parties' Stipulated Motion for Dismissal with Prejudice, ECF No.

5 57, is **GRANTED**.

6    2.  The above-captioned matter is **DISMISSED** with prejudice and with

7 each party bearing their own attorneys' fees and costs.

8    **IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter

9 this Order, provide copies to counsel, and **close** the file.

10    **DATED** this 13th day of July 2020.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE ~ 2**